JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. ONG, UDING YULINTA, and ISTIAWATI SULAIMAN,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | No. CV 22-6881 PA (PDx)<br><br>JUDGMENT |

Pursuant to the Court's February 14, 2023 Minute Order which granted summary judgment in favor of defendant Bank of America, N.A. ("Defendant") on all causes of action asserted by plaintiffs Scott R. Ong, Uding Yulinta, and Istiawati Sulaiman ("Plaintiffs"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendant;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall recover their costs of suit.

DATED: February 14, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE